

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00499-CR

Fausto Abraham **QUINONEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 89th District Court, Wichita County, Texas
Trial Court No. 52,103-C
The Honorable Mark T. Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED August 14, 2013.

_____
Karen Angelini, Justice